UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANNALISA RIVERA-FRANZ

                              Plaintiff,

          v.

167 AVENUE B ASSOCIATES LLC AND HEKATE'S HEARTH CORP.

                             Defendants.
------------------------------------------------------------------------x

**Docket No. 1:23-cv-02532 (VSB)(SN)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS AGAINST ALL DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Annalisa Rivera-Franz hereby dismisses defendants 167 Avenue B Associates LLC and Hekate's Hearth Corp. from the above captioned action.

Dated: July 3, 2023
      New York, New York

**PARKER HANSKI LLC**


By: _____/s_____
   Glen Parker, Esq.
   Attorneys for Plaintiff
   40 Worth Street, Suite 602
   New York, New York 10013
   Tel (212) 248-7400
   Fax (212) 248-5600
   ghp@parkerhanski.com